UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NORA ROONEY,

   Plaintiff,

v.                                        CASE NO.:  6:16-cv-01294-GAP-KRS

DIRECTV, LLC,

   Defendant.
_____/

**<u>NOTICE OF SETTLEMENT</u>**

     Plaintiff, Nora Rooney, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, Nora Rooney, and Defendant, DIRECTV, LLC, have reached a settlement with regard to this case, and are presently drafting, finalizing, and formalizing such. Upon execution of the same and certain terms of the agreement, the parties will file the appropriate dismissal documents to dismiss this matter with prejudice.

                                                */s/ Jared M. Lee*
                                                Jared M. Lee, Esquire
                                                Florida Bar No.:  0052284
                                                Morgan & Morgan, Tampa, P.A.
                                                20 N. Orange Avenue, Suite 1600
                                                Orlando, FL 32801
                                                Tele:  (407) 420-1414
                                                Fax:  (407) 245-3485
                                                JLee@ ForThePeople.com
                                                MHoilett@ForThePeople.com
                                                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE:

I HEREBY CERTIFY on August 3, 2017, I electronically filed the foregoing document with the United States District Court, Middle District of Florida, Orlando Division by using the CM/ECF system. I certify the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Scott Markowitz, Trial Counsel
Florida Bar Number: 016608
Jeanne Crandall, Esquire
Florida Bar Number: 090979
Demahy, Labrador, Drake, Victor, Rojas & Cabeza
Douglas Entrance – 12th Floor
806 Douglas Road
Coral Gables, Florida 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960
SMarkowitz@dldlawyers.com
JCrandall@dldlawyers.com


Kyle J. Steinmetz (*admitted pro hac vice*)
Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 701-8547
Fax: (312) 706-9718
Email: ksteinmetz@mayerbrown.com
*Counsel for Defendant*

                                                  */s/ Jared M. Lee*
                                                  Jared M. Lee, Esquire